IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**Chett Dewayne Sweeney**                                                                                              **Plaintiff**

**v.**                        **CASE NO. 1:14CV00091 JTK**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                                                     **Defendant**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the case is DISMISSED. Judgment is entered in favor of the Commissioner.

So ordered this 18th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE